IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| JOHN R. BUTLER and<br>STEPHANIE BUTLER | PLAINTIFFS |
| VS. | 1:17CV19 SA-DAS |
| MUELLER COPPER TUBE COMPANY INC.,<br>NEW HAMPSHIRE INSURANCE COMPANY, INC.,<br>and SEDGWICK CLAIMS MANAGEMENT SERVICE | DEFENDANTS |

## JUDGMENT OF DISMISSAL

COME THIS DAY, Plaintiffs, John R. Butler and Stephanie Butler, with the agreement of Defendants Mueller Copper Tube Company Inc., New Hampshire Insurance Company, Inc., and Sedgwick Claims Management Service, pursuant to Federal Rules of Civil Procedure 41, request that this civil action be dismissed, with prejudice. The Court, finding that all parties are in agreement, orders that this action is hereby finally dismissed, with prejudice.

This the 19th of March, 2019.

_____
**HON. DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**

**JOHN R. AND STEPHANIE BUTLER**

  /s/ Steven Funderburg
STEVEN H. FUNDERBURG (MSB #9959)
Funderburg, Sessums & Peterson, PLLC
Post Office Box 13960
Jackson, MS 39236-3960

**MUELLER COPPER TUBE COMPANY, INC.**

  /s/ Hall Bailey
F. HALL BAILEY (MSB #1688)
Lalor Bailey & Aby, PLLC
2506 Lakeland Drive, Suite 203
Jackson, MS 39232

**NEW HAMPSHIRE INSURANCE COMPANY, INC. AND SEDGWICK CLAIMS MANAGEMENT SERVICE**

  /s/ William McKinley
WILLIAM W. McKINLEY, JR. (MSB #9987)
Currie Johnson & Myers, P.A.
Post Office Box 750
Jackson, MS 39205-0750